# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-408-APG-EJY-1 |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment as to Defendant Tocci** |
| v. | |
| FRANK E. TOCCI, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses the Indictment in the above-captioned case as to Defendant Frank E. Tocci only.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is hereby granted for the filing of the above dismissal of the Indictment as to Defendant Tocci in the above-captioned case under Rule 48(a).

DATED this 12th day of November, 2019.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE